UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PATRICIA A. WALTERICH,

                    Plaintiff,

                                                      ORDER
      v.                                                06-CV-747A

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                    Defendant.

---

        The above-referenced case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B).  On August 27, 2008, Magistrate Judge Foschio filed a Report and Recommendation, recommending that defendant's motion for judgment on the pleadings be denied, that the plaintiff's motion for judgment on the pleadings be granted, and the matter remanded for calculation of benefits.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge  Foschio's Report and Recommendation, defendant's motion for judgment on the pleadings is denied, the plaintiff's motion for judgment on the pleadings is granted, and the matter is remanded for calculation of benefits.

       The Clerk of Court shall take all steps necessary to close the case.

SO ORDERED.

                                                    s/ *Richard J. Arcara*
                                                    HONORABLE RICHARD J. ARCARA
                                                    CHIEF JUDGE
                                                    UNITED STATES DISTRICT COURT

DATED: September 18, 2008